■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAKIM COVINGTON, Appellant. [857 NYS2d 516]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Murphy, J.), both imposed July 19, 2006, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Carni and Leventhal, JJ., concur.